IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Shawn McCowan, | ) | Case No.: 8:21-2772-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Prudential Insurance Company of America, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                        s/ Nathaniel W. Bax
                        Nathaniel W. Bax, Esq.
                        Federal Bar #: 09835
                        **FOSTER LAW FIRM, LLC**
                        PO Box 2123
                        Greenville, SC 29602
                        (864) 242-6200
                        (864) 233-0290 (facsimile)
                        E-mail: nbax@fosterfoster.com

Date: November 2, 2021          Attorneys for Plaintiff